No. 508. LUCAS ET AL. *v.* FORTY-FOURTH GENERAL ASSEMBLY OF COLORADO ET AL. Appeal from the United States District Court for the District of Colorado. (Probable jurisdiction noted, 375 U. S. 938.) The motion of the Solicitor General, on behalf of the United States, for leave to participate in the oral argument, as *amicus curiae,* is granted and thirty minutes are allotted for that purpose. Counsel for the appellees are allotted an additional thirty minutes for oral argument.

No. 592. GRIFFIN ET AL. *v.* COUNTY SCHOOL BOARD OF PRINCE EDWARD COUNTY ET AL. Certiorari, 375 U. S. 391, to the United States Court of Appeals for the Fourth Circuit. The motion of the Solicitor General, on behalf of the United States, for leave to participate in the oral argument, as *amicus curiae,* is granted and thirty minutes are allotted for that purpose. Counsel for the respondents are allotted an additional thirty minutes for oral argument.

No. 1024, Misc. KANE *v.* McMANN, WARDEN;
No. 1039, Misc. CASPER *v.* TAHASH, WARDEN;
No. 1060, Misc. BASSETT *v.* BALKCOM, WARDEN; and
No. 1080, Misc. MITCHELL *v.* ATTORNEY GENERAL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1063, Misc. McINTOSH *v.* HOOPER, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.